**Order entered November 28, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01207-CV

### IN THE INTEREST OF B.W.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-51685-2010**

## ORDER

Before the Court is appellee's May 9, 2016 motion to dismiss the appeal for want of

jurisdiction. The motion is **DENIED**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE